IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF NEW YORK

_____

ROBERT I. REED,

        Plaintiff,

                                            Civ. Action No.
                                            9:19-CV-1203 (GTS/TWD)

    v.

R. McGRATH, Correction Officer, Franklin Correctional Facility; G. DUPRA, formerly Known as G. Dupro; D. HEALEY, Correction Officer, Franklin Correctional Facility; D. YELLE, Correction Officer, Franklin Correctional Facility; G. SMYTHE, Correction Officer, Franklin Correctional Facility; K. COMPO, Sergeant/Correction Officer, Franklin Correctional Facility; and K. BEDORE, Sergeant/Correction Officer, Franklin Correctional Facility,

        Defendants.

_____

GLENN T. SUDDABY, U.S. DISTRICT JUDGE

ORDER

    ROBERT I. REED, *#93-B-1119*, plaintiff in the above entitled action, has been directed to appear at the U.S. Courthouse and Federal Building, 445 Broadway, in Albany, New York on October 24, 2022 at 8:00 AM for the purpose of attending a jury trial relative to the above entitled case. It appears that this plaintiff is presently incarcerated at the Bare Hill

Correctional Facility located in Malone, New York. It is necessary that a Writ of *Habeas Corpus Ad Testificandum* be issued for the purpose of securing this plaintiff's presence at said proceeding. While New York State is required to advance the costs of his transportation, these costs shall be repaid to the state from the monetary award, if any, recovered by this plaintiff at trial.

Accordingly, it is hereby

ORDERED, that the clerk of the court issue a Writ of *Habeas Corpus Ad Testificandum* directing the United States Marshal for the Northern District of New York, or his deputies, to serve upon the Superintendent of the Bare Hill Correctional Facility this Writ of *Habeas Corpus* to deliver **ROBERT I. REED, *#93-B-1119***, dressed in civilian attire, to the U.S. Courthouse and Federal Building, 445 Broadway, in Albany, New York on October 24, 2022, at 8:00 AM and any recessed date thereafter (the trial is estimated to last approximately four-five days); and it is further

ORDERED, that New York State shall advance the cost of this plaintiff's transportation, which shall be repaid to the state from the monetary award, if any, recovered by this plaintiff at trial; and it is further

ORDERED, that an electronic certified copy of said Writ be delivered to Bare Hill Correctional Facility, with a copy to the United

States Marshal, to serve as notice to prepare plaintiff for transport; and it is further

ORDERED, that in the event the action is settled prior to the trial, it shall be incumbent upon defendants or their authorized representative to notify the designated institution where this plaintiff is housed and cancel such Writ to produce.

_Glenn T. Suddaby_
Glenn T. Suddaby
U.S. District Judge

Dated:   September 14, 2022
             Syracuse, NY